USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| v. | **ORDER** |
| Josue Isaac Cruz Herrera, | 23 Cr. 534 (VM) |
| *Defendant.* | |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 10, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered a guilty plea to the lesser included offense of Count One of the Indictment knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea to Count One of the Indictment is accepted, and that sentencing is scheduled for June 13, 2025, at 10:00 AM.

**SO ORDERED:**

Dated: New York, New York
February 28, 2025

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK