USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/8/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

JOSUE ISSAC CRUZ HERRERA,

Defendant.

---

**23 CR 534 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing proceeding in this case currently scheduled for December 5, 2025, is hereby adjourned to December 12, 2025, at 4 p.m.

**SO ORDERED.**

Dated:    8 October 2025
          New York, New York

Victor Marrero
U.S.D.J.