USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/23/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
UNITED STATES OF AMERICA
                                                        :
              - v. -                                    :        CONSENT PRELIMINARY ORDER
                                                                 OF FORFEITURE/
                                                        :        MONEY JUDGMENT
JOSUE ISAAC CRUZ HERRERA,
                                                        :
              Defendant.                                         23 Cr. 534 (VM)
                                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about October 18, 2023, JOSUE ISSAC CRUZ HERRERA (the

"Defendant"), and another, was charged in two counts of a three-count Indictment, 23 Cr. 534

(VM) (the "Indictment"), with conspiracy to distribute narcotics, in violation of Title 21, United

States Code, Section 846 (Count One); and distribution of narcotics, in violation of Title 21, United

States Code, Sections 812, 841(a)(1) and 841(b)(1)(A)&(B) and Title 18, United States Code,

Section 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and

Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States

Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained,

directly or indirectly, as a result of the offenses charged in Counts One and Three of the Indictment

and any and all property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission, of the offenses charged in Counts One and Three of the Indictment,

including but not limited to a sum of money in United States currency representing the amount of

proceeds traceable to the commission of the offenses charged in Counts One and Three of the

Indictment and the following property:

> a. Approximately $9,548 in United States currency the Government seized
> on or about August 17, 2023, from co-defendant, Edward Rivas's
> apartment located in Bronx, New York ("Seized Funds-1"); and

     b. Approximately $7,423 in United States currency the Government seized from the Defendant, on or about August 17, 2023 ("Seized Funds-2");

(a. and b., together, the "Seized Funds");

WHEREAS, on or about January 4, 2024, a Declaration of Administrative Forfeiture was entered forfeiting the Seized-Funds-2 to the Government;

WHEREAS, on or about January 5, 2024, a Declaration of Administrative Forfeiture was entered forfeiting the Seized Funds-1 to the Government;

WHEREAS, on or about January 23, 2026 the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission, of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $16,971 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendant, Edward Rivas (the "Co-defendant"), and the forfeiture money judgment entered against the Co-defendant for the offense charged in Count One of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the

Defendant personally obtained, with the exception of the Seized Funds, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Maggie Lynaugh, of counsel, and the Defendant and his counsel, Patricia A. Pileggi, Esq., that:

1.    As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $16,971 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his Co-defendant, and the forfeiture money judgment entered against the Co-defendant for the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JOSUE ISAAC CRUZ HERRERA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the Seized Funds shall be applied in full satisfaction of the Money Judgment.

4.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____        1/21/2026
       MAGGIE LYNAUGH                           DATE
       Assistant United States Attorney
       26 Federal Plaza
       New York, NY 10278
       (212) 637-2448

JOSUE ISSAC CRUZ HERRERA

By:    _____        1.23.2026
       JOSUE ISSAC CRUZ HERRERA                 DATE

By:    _____        1.23.2026
       PATRICIA A. PILEGGI, ESQ.                DATE
       Attorney for Defendant
       1301 Avenue of the Americas, 42nd Floor
       New York, NY 10019

SO ORDERED:

_____              1-23-2026
HONORABLE VICTOR MARRERO                       DATE
UNITED STATES DISTRICT JUDGE